**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MARTIN LOOR-ORDONEZ, | : |
| Plaintiff, | :   **Civil Action No.** |
| | : |
| v. | : |
| | : |
| BJ'S WHOLESALE CLUB, INC., | : |
| AND JOHN DOE I-III | : |
| | : |
| Defendants. | : |
| | : |
| | : |

**DEFENDANT BJ'S WHOLESALE CLUB, INC.'S**
**NOTICE OF REMOVAL**

Defendant BJ's Wholesale Club, Inc. (hereinafter referred to as "BJ's" or "Defendant") files this Notice of Removal pursuant to 28 U.S.C. §1441(a) and (b) to remove this action from the Superior  Court of New Jersey, Law Division, Hudson County, where it is now pending, to the United States District Court for the District of New Jersey.  Defendant, in support thereof, states as follows:

1.   A Civil Action has been brought against Defendant by the Plaintiff Martin Loor Ordonez (hereinafter referred to as "Plaintiff") and is pending in the Superior Court of New Jersey, Law Division, Hudson County, docket number HUD-L-002028-22.  A copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2.   The State Court wherein this action was originally filed is located in Hudson County, New Jersey, which is embraced within this jurisdictional district.

3.   Removal from the Superior Court of New Jersey Law Division, Hudson County is proper under 28 U.S.C. §§1441(a) and (b), which authorizes the removal of any civil action of which the District Courts of the United States has original jurisdiction and if "none of the

parties in interest properly  joined and served as a defendant is a citizen of the state in which

such action is brought." (emphasis added).

4.    This Court has original jurisdiction over the subject matter under 28 U.S.C. §1332 as the

parties in interest properly joined and served are citizens of different states, and the matter

in controversy exceeds $75,000.00 as set forth below.

5.    Specifically, in the alleged accident that is the subject of Plaintiff's Complaint, Plaintiff

claims that on July 4, 2020, as a result of the negligence of the Defendant, he was caused to

sustain  serious  injury causing [him] to suffer great pain and will in the future be caused to

suffer great pain; [he] was caused to incur medical expenses and will in the future be caused to

incur medical expenses, [and he] was caused to suffer permanent injury." See Exhibit "A",

Count One, ¶6.

6.     Plaintiff  also demands judgment against Defendant, for damages, pain of suffering and infliction

of emotional distress, together with attorney's fees, interest, costs of suit and any other relief the

Court deems just and equitable."   See Exhibit "A".

7.     Further, Plaintiff's counsel has relayed a demand of $200,000.00 based on alleged surgery

claims.  Please see the attached correspondence dated July 18, 2022. See Exhibit "B".

8.     In addition, our office sent out a stipulation of damages to Plaintiff's counsel requesting that

Plaintiff stipulate as to $75,000.00 in damages. To date, Plaintiff has not signed and returned

same. See Exhibit C.

9.     As such, based on the serious and permanent personal injury claims, including alleged

surgery claims, significant medical treatment and lost earnings that Plaintiff claims have

resulted from the negligence, carelessness and recklessness of Defendants, and the fact that

Plaintiff has relayed a demand of $200,000.00, it is Defendant's position that this

this Court's jurisdictional threshold has been met.

10.     Additionally, removal is proper as the parties are citizens of different states as Plaintiff is

         a citizen of New Jersey and Defendant BJ's Wholesale Club, Inc., is a Delaware

         corporation with a principal place of business in Massachusetts.

11.     As such, based on the serious and permanent personal injury and economic damages

         claims that Plaintiff claims have resulted from the negligence and carelessness of Defendant

         and because Plaintiff has made a demand of $200,000.00, it is Defendant's position that this

         Court's jurisdictional threshold limits have been met.  See Exhibits "A", "B" "C" and "D."

12.     This removal is also timely, as this case was filed on or about June 21, 2022, and was

         served or otherwise received by Defendant on or about the same date.  This Notice of

         Removal is being timely filed within 30 days of service or receipt of the Complaint by

         Defendant, and within one year of the filing of the Complaint, pursuant to 28 U.S. Code §

         1446.

13.     Thus, Removal from the Superior Court of New Jersey, Law Division, Hudson County is

         proper under 28 U.S.C. §1441(a) and (b).

14.     This Court has original jurisdiction over the subject matter under 28 U.S.C. §1332 as the

         parties are citizens of different states, and the matter in controversy exceeds $75,000 as

         set forth above.  Also, counsel for Defendant sent a proposed stipulation of damages in the

         amount of $75,000.00, which has not been returned to date. Based on Plaintiff's claims for

         serious and permanent personal injuries, economic damages, significant medical treatment, as

         well as the fact that Plaintiff has relayed a demand of $200,000.00, this Court does not have to

         guess as to whether Plaintiff is seeking an amount in excess of $75,000.

15.     Based on the foregoing, the requirements of 28 U.S.C. §1441(a) and (b), 1446 and 1332

have been satisfied and the within matter is properly removable.


**WHEREFORE**, Defendant BJ's Wholesale Club, Inc. respectfully requests that the State

Action be removed from the Superior Court of New Jersey, Law Division, Hudson County to the

United States District Court for the District of New Jersey.


Dated: July 19, 2022

BY:   *s/John McConnell*
John M. McConnell, Esquire (028152006)
**GOLDBERG SEGALLA LLP**
301 Carnegie Center Drive,
Suite 200, Princeton, NJ 08540-
6587 609-986-1326
609-986-1301 - Fax
Attorneys for Defendant BJ's Wholesale
Club, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARTIN LOOR ORDONEZ, : | |
| : | **Civil Action No.** |
| Plaintiff, : | |
| v. : | |
| : | |
| BJ'S WHOLESALE CLUB, INC., : | |
| AND JOHN DOES I-III. : | |
| : | |
| Defendants. : | |
| : | |

I, John M. McConnell, hereby certify that a true and correct copy of the foregoing Notice of Removal, and supporting documents, and Jury Demand were filed with the Court and served on all counsel of record via email on this 19th day of July 2022.

Dated: July 19, 2022

BY:   *s/ John McConnell*
John M. McConnell, Esquire (028152006)
**GOLDBERG SEGALLA LLP**
301 Carnegie Center Drive,
Suite 200, Princeton, NJ 08540-
6587 609-986-1326
609-986-1301 - Fax
Attorneys for Defendant BJ's Wholesale
Club, Inc.

JS 44 (Rev. 04/21)
## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

WALTER LOOR ORDONEZ

**DEFENDANTS**

BJ'S Wholesale Club

**(b)** County of Residence of First Listed Plaintiff   **HUDSON**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **MASSACHUSETTS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Agrapidis & Maroules, P.C., Michael T. Valentino, Esq.,
777 Terrace Avenue, Suite 504, Hasbrouck Heights, NJ 07604, 201-288-0500

Attorneys *(If Known)*
Goldberg Segalla, John M. McConnell, Esq. 301 Carnegie
Center Drive, Suite 200, Princeton, NJ 08540

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1441(a) and (b)

Brief description of cause:
Premises Personal Injury

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   **DEMAND $** $75,000.00 +   CHECK YES only if demanded in complaint:   **JURY DEMAND:** ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*   JUDGE _____   DOCKET NUMBER  HUD-L-002028-22

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
s/ John M. McConnell

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MARTIN LOOR ORDONEZ,                   :
                                       :   **Civil Action No.**
                    Plaintiff,         :
                                       :
v.                                     :
                                       :
BJ'S WHOLESALE CLUB, INC.,             :
AND JOHN DOES I-III                    :
                                       :
                    Defendants.        :
                                       :
                                       :

     **PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as counsel of record on behalf of Defendant BJ's Wholesale Club, Inc. in the above-entitled action.

     **PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon the undersigned.

Dated: July 19, 2022

BY:  *s/ John M. McConnell*
       John M. McConnell, Esquire (028152006)
       **GOLDBERG SEGALLA LLP**
       301 Carnegie Center Drive,
       Suite 200, Princeton, NJ 08540-
       6587 609-986-1326
       609-986-1301 - Fax
       Attorneys for Defendant BJ's Wholesale
       Club, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARTIN LOOR ORDONEZ, | : |
| Plaintiff, | : **Civil Action No.** |
| | : |
| v. | : |
| | : |
| BJ'S WHOLESALE CLUB, INC., | : |
| AND JOHN DOES I-III | : |
| | : |
| Defendant | : |
| | : |
| | : |

     **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 38, the

Defendant BJ's Wholesale Club, Inc. hereby demands a Jury trial in this matter, on all issues

triable by jury.

Dated: July 19, 2022

                  BY:  *s/ John M. McConnell*
                        John M. McConnell, Esquire (028152006)
                        **GOLDBERG SEGALLA LLP**
                        301 Carnegie Center Drive,
                        Suite 200, Princeton, NJ 08540-
                        6587 609-986-1326
                        609-986-1301 - Fax
                        Attorneys for Defendant BJ's Wholesale
                        Club, Inc.

# *EXHIBIT A*

Michael T. Valentino, Esq., ID#282862018
AGRAPIDIS & MAROULES, P.C.
777 Terrace Avenue - Suite 504
Hasbrouck Heights, New Jersey 07604
(201) 288-0500
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Marlin Loor Ordonez, | :SUPERIOR COURT OF NEW JERSEY |
| | :LAW DIVISION: HUDSON COUNTY |
| Plaintiff, | :DOCKET NO.: HUD-L- |
| | : |
| V. | : |
| | : |
| | : CIVIL ACTION |
| BJ's Wholesale, | : |
| AND JOHN DOE I-III, | : |
| | : |
| Defendants. | : |

## COMPLAINT AND JURY DEMAND

Plaintiff, Marlin Loor Ordonez, residing in the Town of Guttenberg, in the County of Hudson, and State of New Jersey, by way of Complaint against the defendants, hereby alleges and says:

### FIRST COUNT

1. At all times hereinafter mentioned, plaintiff, Marlin Loor Ordonez, was a lawful invitee on premises located at 2100 88th Street, in the Township of North Bergen, County of Hudson, and State of New Jersey on July 4, 2020.

2. Upon information and belief, plaintiff, Marlin Loor Ordonez, fell due to a dangerous and hazardous condition, to wit, slipped and fell on wet floor on the property of BJ's Wholesale, located at 2100 88th Street, in the Township of North Bergen, County of Hudson, and State of New Jersey on July 4, 2020.

3. Upon information and belief, defendant, BJ's Wholesale, is responsible for maintenance and management of the premises located at 2100 88th Street, in the Township of North Bergen, County of Hudson, and State of New Jersey. The defendant is believed to be the owner of that property.

4.      Upon information and belief, defendant, BJ's Wholesale, is responsible for the maintenance and management of the premises located at 2100 88th Street, in the Township of North Bergen, County of Hudson, and State of New Jersey. The defendant is believed to be the lessee of that property and/or owner of that property.

5.      Upon information and belief, and in the alternative to the allegations in paragraphs 2, 3 & 4 above, the true name of capacity, whether individual, plural, corporate, partnership, associate or otherwise of defendants, JOHN DOE I-III, are unknown to plaintiff, who, therefore, brings suit against said defendant by such fictitious name. JOHN DOE I-III may be the true owner or operator or party responsible for the maintenance of the property located at 2100 88th Street, in the Township of North Bergen, County of Hudson, and State of New Jersey on July 4, 2020, and is responsible for any dangerous conditions on the premises, for the maintenance and repair of the premises and well-being of plaintiff, Marlin Loor Ordonez, but the full extent of those facts linking the fictitiously designated defendants with the cause of action alleged herein is unknown to plaintiff at this time.

6.      As a direct and proximate result of the negligence of the defendants, BJ's Wholesale and John Doe I-III, its agents, servants, and/or employees, in the manner in which said premises were maintained and cleaned, the plaintiff, Marlin Loor Ordonez, was caused to fall and sustain serious injury causing her to suffer great pain and will in the future be caused to suffer great pain; she was caused to incur medical expenses and will in the future be caused to incur medical expenses; she was caused to suffer permanent injury.

7.      Upon information and belief, defendants had actual and/or constructive notice of the dangerous condition described above and failed to remedy this dangerous condition, take precautionary steps to prevent the accident, or give notice to those in the area thereby breaching their duty of care to plaintiff.

WHEREFORE, the plaintiff, Marlin Loor Ordonez, demands judgment against the defendants, BJ's Wholesale and John Doe I-III, jointly and severally for damages, pain and suffering and infliction of emotional distress, together with attorney's fees, interest, costs of

suit and any other relief the Court deems just and equitable.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

By:_____
MICHAEL T. VALENTINO, ESQ.

DATED:        June 21, 2022

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues raised in the Complaint.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

By:_____
MICHAEL T. VALENTINO, ESQ.

DATED:        June 21, 2022

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Michael T. Valentino, Esq., ID#282862018, is hereby designated as Trial Counsel of this matter.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

By:_____
MICHAEL T. VALENTINO, ESQ.

DATED:        June 21, 2022

## CERTIFICATION

I certify that pursuant to R. 4:5-1, to my knowledge and based on the information available to me at this time, the matter in controversy is not the subject of any other action pending in any Court, or of a pending arbitration proceeding and that no additional parties are known at this time who should be added.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

By: _____
MICHAEL T. VALENTINO, ESQ.

DATED:        June 21, 2022

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to R. 4:17-1(b), the plaintiff hereby demands that the defendant provide answers to the Uniform Interrogatories set forth in Form C and C(2) of Appendix II of the Rules Governing the Courts of the State of New Jersey.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

By: _____
MICHAEL T. VALENTINO, ESQ.

DATED:        June 21, 2022

HUD-L-002028-22   06/21/2022 3:20:26 PM   **Pg 1 of 1**   Trans ID: LCV20**22**23**2**2417

# Civil Case Information Statement

| **Case Details: HUDSON \| Civil Part Docket# L-002028-22** |
|---|

**Case Caption:** LOOR ORDONEZ MARLIN  VS BJ'S WHOLESALE

**Case Initiation Date:** 06/21/2022

**Attorney Name:** MICHAEL THOMAS VALENTINO

**Firm Name:** AGRAPIDIS & MAROULES, PC

**Address:** 777 TERRACE AVE STE 504

HASBROUCK HGTS NJ 076040000

**Phone:** 2012880500

**Name of Party:** PLAINTIFF : Loor Ordonez, Marlin

**Name of Defendant's Primary Insurance Company**

(if known): Sedgwick

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: Marlin Loor Ordonez? NO**

| **THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE** |
|---|
| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
       **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** YES
       **If yes, for what language:**
              SPANISH

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

| 06/21/2022 | /s/ MICHAEL THOMAS VALENTINO |
|---|---|
| Dated | Signed |

# *EXHIBIT B*

**Loor-Ordonez v. BJ's**



McConnell, John M. <jmcconnell@goldbergsegalla.com>

To: michael.valentino@amlaw.com;  Darmofal, Courtney E.

Mon 7/18/2022 10:31 PM

Hi Michael. It was a pleasure speaking with you today.  Per our chat, my colleague Courtney and I are representing BJ's Wholesale Club, Inc. in this case.

I understand that you will be sending along medical records when you have a moment and that you have provided BJ's with a demand of $200,000 based on Plaintiff's surgery claims. I look forward to receipt of the records and to working with you.

Thank you. John

Reply    Reply all    Forward

# *EXHIBIT C*



John M. McConnell | Partner
Direct 609.986.1326 | jmcconnell@goldbergsegalla.com

July 19, 2022

**_VIA REGULAR MAIL_**
Michael T. Valentino, Esq.
777 Terrace Avenue – Suite 504
Hasbrouck Heights, NJ 07604

**Re:  Ordonez v. BJ's Wholesale Club, Inc.**

Dear Michael:

It was a pleasure speaking with you on July 18, 2022.  As discussed, our office represents Defendant BJ's Wholesale Club, Inc in this case.  Enclosed please find a Stipulation to Limit Damages. If your client does not sign and return the same, we will take steps to immediately remove this matter to the Federal Court. Thank you very much.

Sincerely,

_s/John M. McConnell_
John M. McConnell, Esq.

Enclosure

**John M. McConnell, Esq. [028152005]**
Goldberg Segalla LLP
Mailing Center: PO Box 580, Buffalo, NY 14201
301 Carnegie Center, Suite 200
Princeton, NJ 08540
609-986-1300
609-986-1301 (fax)
*Attorneys for BJ's Wholesale, more properly pled as BJ's Wholesale Club, Inc.*

| | |
|---|---|
| MARLIN LOOR ORDONEZ,<br><br>Plaintiff<br><br>v.<br><br>BJ'S WHOLESALE, and JOHN DOE III,<br><br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO. HUD-L-002028-22<br><br>CIVIL ACTION<br><br><br>STIPULATION TO LIMIT DAMAGES |

Plaintiff (hereinafter referred to as "Plaintiff") and Defendant named as BJ's Wholesale, more properly pled as BJ's Wholesale Club, Inc. hereby understand and agree to the following:

1. Defendant BJ's Wholesale Club, Inc. has the right, pursuant to 28 U.S.C. § 1441 to remove the above captioned matter to Federal Court;

2. Defendant BJ's Wholesale Club, Inc. is willing to forego this right in exchange for the agreement of Plaintiff to limit the damages which Plaintiff is entitled to recover in the above captioned matter, if any; and

. In reliance upon the express agreement of Plaintiff and Defendant BJ's Wholesale Club, Inc. to the limitation of damages set forth herein, Defendant BJ's Wholesale Club, Inc. will agree not to exercise its right to remove the above captioned matter to the Federal Court.

Therefore, on this _____ day of _____ 2022, Plaintiff and Defendant BJ's Wholesale Club, Inc. hereby stipulate and agree that the full amount and/or value of any and all damages (including

interest, fees and costs) to which Plaintiff may be entitled in the above captioned matter shall not exceed seventy-five thousand dollars and zero cents ($75,000.00).

**AGRAPIDIS & MAROULES, P.C.**     **GOLDBERG SEGALLA, LLP**

_____     _____

Michael T. Valentino, Esq.     John M. McConnell, Esq.
Attorney for Plaintiff     Attorneys for Defendant BJ's Wholesale Club, Inc.

Date:     Date: